1  Frank Woodson
   Navan Ward
2  **BEASLEY, ALLEN, CROW, METHVIN,**
   **PORTIS & MILES, P.C.**
3  218 Commerce Street
   P.O. Box 4160
4  Montgomery, Alabama 36103
   Telephone: 334-269-2343
5  Facsimile: 334-954-7555
   Attorneys for Plaintiffs
6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **MDL NO. 1699**<br>District Judge: Charles R. Breyer |
| This Document Relates To: | |
| *William Randolph Hall, Sr. vs. Pfizer Inc, et al.* (06-2273 CRB) | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| *Roger Harper vs. Pfizer Inc, et al.* (06-6023 CRB) | |
| *Sandra Hawkins, et al. vs. Pfizer Inc, et al.* (07-2218 CRB) | |
| *Leon Hendrix vs. Pfizer Inc, et al.* (08-0704 CRB) | |
| *Tom Hilaman (FL), et al. vs. Pfizer Inc, et al.* (07-4383 CRB) | |
| *Charles Lee Holmes vs. Pfizer Inc, et al.* (06-4211 CRB) | |
| *Bruce Holzwarth vs. Pfizer Inc, et al.* (07-3035 CRB) | |
| *David E. Huard vs. Pfizer Inc, et al.* (08-0796 CRB) | |
| *Clifford Jackson vs. Pfizer Inc, et al.* (06-5042 CRB) | |

-1-

| | |
|---|---|
| 1 | *Debbie Jackson, et al. vs. Pfizer Inc, et al.* (06-2605 CRB) |
| 2 | |
| 3 | *Ozzie Jackson vs. Pfizer Inc, et al.* (06-2274 CRB) |
| 4 | *Ronald Jacoby vs. Pfizer Inc, et al.* (07-4689 CRB) |
| 5 | |
| 6 | *Kathy Jewell vs. Pfizer Inc, et al.* (07-1355 CRB) |
| 7 | *Dorothy Johnson vs. Pfizer Inc, et al.* (06-5039 CRB) |
| 8 | |
| 9 | *Billie Jean Johnstone vs. G.D. Searle LLC, et al.* (07-4549 CRB) |
| 10 | |
| 11 | *John R. Jones vs. Pfizer Inc, et al.* (06-3899 CRB) |
| 12 | *Sylvester Jones vs. G.D. Searle LLC, et al.* (07-4550 CRB) |
| 13 | |
| 14 | *Robert K. Kiser II vs. Pfizer Inc, et al.* (06-4104 CRB) |
| 15 | *Frank Klinger vs. G.D. Searle LLC, et al.* (05-4739 CRB) |
| 16 | |
| 17 | *Alberta A. Kreitzer vs. Pfizer Inc, et al.* (08-2149 CRB) |
| 18 | *Vasudev Kulkarni vs. Pfizer Inc, et al.* (07-1528 CRB) |
| 19 | |
| 20 | *Bertha R. Lacy vs. Pfizer Inc, et al.* (06-7383 CRB) |
| 21 | *Jackie Lancaster (MS), et al. vs. Pfizer Inc, et al.* (08-1856 CRB) |
| 22 | |
| 23 | *Thomas Lauer vs. Pfizer Inc, et al.* (08-2854 CRB) |
| 24 | |
| 25 | *Barbara Laver vs. Pfizer Inc, et al.* (08-3705 CRB) |
| 26 | *Kenneth Prouty, et al. vs. Pfizer Inc, et al.* (06-7631 CRB) |
| 27 | |
| 28 | *Vickie L. Lewis vs. Pfizer Inc, et al.* (06-4284 CRB) |

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42579891.1

| | |
|---|---|
| 1 | *Robert L. Lippincott vs. Pfizer Inc, et al.* |
| 2 | (07-5018 CRB) |
| 3 | *John Scarcliff vs. G.D. Searle LLC, et al.* |
|   | (05-4454 CRB) |
| 4 | |
|   | *Norma Matthias vs. Pfizer Inc, et al.* |
| 5 | (06-7632 CRB) |
| 6 | *Elise Mayes vs. Pfizer Inc, et al.* |
|   | (08-3702 CRB) |
| 7 | |
|   | *William D. McCluskey vs. Merck & Co. Inc, et* |
| 8 | *al.* |
|   | (07-3342 CRB) |
| 9 | |
|   | *Phyllis McCord vs. G.D. Searle LLC, et al.* |
| 10 | (05-4738 CRB) |
| 11 | *Barbara Dyer, et al. vs. Pfizer Inc, et al.* |
|   | (07-1317 CRB) |
| 12 | |
|   | *Vince Mejer vs. Pfizer Inc, et al.* |
| 13 | (07-0237 CRB) |
| 14 | *James Byron McVay vs. Pfizer Inc, et al.* |
|   | (07-0861 CRB) |
| 15 | |
|   | *Alfred Melton vs. Pfizer Inc, et al.* |
| 16 | (06-2745 CRB) |
| 17 | *Richard McNabb, et al. vs. Pfizer Inc, et al.* |
|   | (07-6450 CRB) |
| 18 | |
|   | *Wilmer Merriweather vs. G.D. Searle LLC, et* |
| 19 | *al.* |
|   | (05-4452 CRB) |
| 20 | |
|   | *Rhoda Messer, et al. vs. Pfizer Inc, et al.* |
| 21 | (06-6588 CRB) |
| 22 | *Ronald Miller vs. Pfizer Inc, et al.* |
|   | (09-0892 CRB) |
| 23 | |
|   | *Linda Mirza vs. Pfizer Inc, et al.* |
| 24 | (06-3818 CRB) |
| 25 | *Carolyn Montiforte vs. Pfizer Inc, et al.* |
|   | (07-4735 CRB) |
| 26 | |
|   | *Henry C. Morris vs. Pfizer Inc, et al.* |
| 27 | (06-3686 CRB) |
| 28 | *Cynthia H. Mullis, et al. vs. Pfizer Inc, et al.* |

-3-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42579891.1

1  (09-0891 CRB)

2  *Patsy Murry, et al. vs. Pfizer Inc, et al.*
   (06-7438 CRB)

3

4  *Ed Narke vs. Pfizer Inc, et al.*
   (08-0260 CRB)

5  *Dian C. Neal vs. Pfizer Inc, et al.*
   (06-3900 CRB)

6

7  *Rosa M. Nelson vs. Pfizer Inc, et al.*
   (06-2275 CRB)

8  *Cliff Norwood vs. G.D. Searle LLC, et al.*
   (05-4451 CRB)

9

10  *Floyd Odom vs. Pfizer Inc, et al.*
    (07-5885 CRB)

11  *Joan J. Opel vs. Pfizer Inc, et al.*
    (07-4372 CRB)

12

13  *Mary Osteen vs. Pfizer Inc, et al.*
    (06-6928 CRB)

14  *Elvis Owens, et al. vs. Pfizer Inc, et al.*
    (06-5002 CRB)

15

16  *James Curtis Owens vs. Pfizer Inc, et al.*
    (06-1669 CRB)

17  *Marvin Palmer vs. Pfizer Inc, et al.*
    (06-6499 CRB)

18

19  *Albert Pearson vs. G.D. Searle LLC, et al.*
    (05-4455 CRB)

20  *R.V. Perkins vs. Pfizer Inc, et al.*
    (08-3699 CRB)

21

22  *Jo Anne Pierce vs. G.D. Searle LLC, et al.*
    (05-4492 CRB)

23  *Kirk Redenius vs. Pfizer Inc, et al.*
    (06-4901 CRB)

24

25  *Linda Redinger vs. Pfizer Inc, et al.*
    (07-0454 CRB)

26  *Tammy L. Ribble vs. Pfizer Inc, et al.*
    (06-7283 CRB)

27

28  *Zelma Riffle, et al. vs. Pfizer Inc, et al.*
    (06-6114 CRB)

-4-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42579891.1

*Tracy Ring vs. G.D. Searle LLC, et al.*
(06-0733 CRB)

Come now Plaintiffs in the above-entitled actions and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with each side bearing its own attorneys' fees and costs.

DATED: 10.16.2009    By: /s/ Navan Ward F.

**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
218 Commerce Street
P.O. Box 4160
Montgomery, Alabama 36103
Telephone: 334-269-2343
Facsimile: 334-954-7555

*Attorneys for Plaintiffs*

DATED: Oct. 19, 2009    By: /s/

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: 10/22/2009

Hon. Charles R. Breyer
United States District Court

-5-